BRANDON TYLER CANNON and )
ANDREA NICOLE SCOTT, )
Individually and on behalf of all )
others similarly situated, )
                                       )
     Plaintiffs, )
                                       )
v. )    Case No. CV416-098
                                       )
JIMMY MCDUFFIE in his official )
capacity as Effingham County Sheriff )
and DONALD WHITE, )
                                       )
     Defendants. )

## ORDER

In this 42 U.S.C. § 1983 case, plaintiffs move to amend their Complaint 21 days after its filing and before service on any defendants. Doc. 5 (captioned "Motion to Amend," and "mov[ing]" the Court to act, but docketed in CM/ECF as an "Amended Complaint"). As Fed. R. Civ. P. 15(a)(1) makes abundantly clear, however, "[a] party may amend its [Complaint] once *as a matter of course*" -- hence, without filing a motion to amend -- "within 21 days after service of" an Answer. Plaintiffs' motion (doc. 5), then, is **DENIED AS MOOT**.

**SO ORDERED** this 23rd day of May, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**