UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRANDON TYLER CANNON et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JIMMY McDUFFIE et al., ) <br> ) <br> Defendants. ) | Case No. CV416-098 |

## O R D E R

The Court having reviewed and considered the petition of Christopher Mills of the law firm of Chris Mills Law, 2118 Lincoln Street, Columbia, South Carolina 29201, for permission to appear pro hac vice on behalf of plaintiffs Brandon Tyler Cannon et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Christopher Mills as counsel of record for plaintiffs Brandon Tyler Cannon et al., in this case.

**SO ORDERED** this __27th__ day of September, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA